UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------

Ventura Associates, Inc.,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/09

ORDER
OF SUSPENSE

-against-

International Outsourcing Services, Inc.

04 CV 5962 (PKL)
04 CV 10250 (PKL)

------------------------------

LEISURE, District Judge:

It is ORDERED that this action is transferred to the Suspense Docket of the Court subject to reinstatement on the calendar of the undersigned upon filing of a stipulation by the parties to the effect that they are prepared to actively litigate this cause.

Dated:  New York, New York
        March 25, 2009

_____
U.S.D.J.